UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Duane Michael Schoultz, ) | |
| ) | |
| Petitioner, ) | C/A No.: 8:13-cv-03140-GRA |
| ) | (Cr. No.: 8:07-cr-01472-GRA-1) |
| v. ) | |
| ) | |
| United States of America, ) | **ORDER** |
| ) | (Written Opinion) |
| Respondent. ) | |

This matter comes before this Court on Petitioner Duane Michael Schoultz's Motion for an Extension of Time filed on December 20, 2013.[1] ECF No. 125. On December 12, 2013, Petitioner was granted fifteen (15) days to demonstrate that his petition under 28 U.S.C. § 2255 was timely filed. ECF No. 123. Petitioner has now requested "an additional 45-days from the date of [the] pending deadline" to file his response. ECF No. 125. After reviewing the present motion, this Court finds no good cause to extend the period of time for Petitioner to respond.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for an Extension of Time to file a response is DENIED.

**IT IS SO ORDERED.**

---

[1] A *pro se* prisoner's petition is deemed filed at the time that it is delivered to the prison mailroom to be forwarded to the district court. See *Houston v. Lack*, 487 U.S. 266, 270 (1988). A stamp on the envelope indicates that the petition was in Augusta, Georgia on December 20, 2013. ECF No. 125-1.

_____
G. Ross Anderson, Jr.
Senior United States District Judge

December  27 , 2013
Anderson, South Carolina